**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 528 EAL 2018

            Respondent      :

                                 :   Petition for Allowance of Appeal from
                                 :   the Order of the Superior Court

            v.                    :

                                 :

BRUCE R. MARCONI,               :

                                 :

            Petitioner        :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 9th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.